Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Portex Group, LLC,<br><br>　　　　　　Defendant, | Civil Action No: 17-cv-00827-GMN-GWF<br><br>**[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Kevin Zimmerman and Defendant, Portex Group, LLC, hereby stipulate that the above-entitled Action be dismissed with prejudice with each side to bear its own costs and fees.

/ / /

**RESPECTFULLY** submitted this 26th day of June, 2017.

| | |
|---|---|
| /s/ Whitney C. Wilcher | /s/ Norberto J. Cisneros |
| Whitney C. Wilcher, Esq. | Norberto J. Cisneros |
| THE WILCHER FIRM | Robert C. Maddox & Associates |
| Nevada State Bar No. 7212 | 3811 West Charleston Blvd., Suite 110 |
| 8465 West Sahara Avenue | Las Vegas, NV 89102 |
| Suite 111-236 | service@mic-law.com |
| Las Vegas, NV 89117 | 702-366-1900 |
| (702) 466-1959 | *Attorney for Defendant* |
| Email: wcw@nevadaada.com | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS HEREBY ORDERED, dismissing this Action with prejudice with each side to bear its own costs and fees.

DATED                                           JUNE___, 2017

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

2